**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **MANNI MUHAMMAD RAHMAN,** | ) | **CASE NO. 1:15CV233** |
| **Plaintiffs,** | ) | |
| | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| **vs.** | ) | |
| | ) | |
| **GRAFTON CORRECTIONAL INSTITUTION, et al.,** | ) | <u>O R D E R</u> |
| | ) | |
| **Defendants.** | ) | |

  This Court has reviewed the Report and Recommendation (Doc.#14) of Magistrate Judge Baughman regarding Defendants Holzhauer, Grima, and Pletcher's Motion to Dismiss (Doc.#12). This case was referred to Magistrate Judge Baughman for general pretrial supervision. The Magistrate Judge recommends that Defendants' Motion be DENIED. Defendants have not filed any objections to the Report and Recommendation.

  FED. R. CIV.P. 72(b) provides that objections to a Report and Recommendation must be filed within fourteen days after service, but Defendants have failed to timely file any such objections. Therefore, the Court must assume that Defendants are satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. <u>Thomas v. Arn</u>, 728 F.2d 813 (6th Cir. 1984), <u>aff'd</u>, 474 U.S. 140 (1985); <u>Howard v. Secretary of Health and Human Services</u>, 932 F.2d 505 (6th Cir. 1991); <u>United States v. Walters</u>, 638 F.2d 947

(6th Cir.1981).

      Therefore, the Court adopts in full the Report and Recommendation (Doc.# 14 ) and denies Defendants' Motion to Dismiss.

      IT IS SO ORDERED.

      Dated: 3/18/2016

      *S/Christopher A. Boyko*
      CHRISTOPHER A. BOYKO
      UNITED STATES DISTRICT JUDGE