**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MANNI MUHAMMAD RAHMAN,** | ) | **CASE NO. 1:15CV233** |
| Plaintiff, | ) | |
| | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| vs. | ) | |
| | ) | |
| **GRAFTON CORRECTIONAL,** | ) | O R D E R |
| **INSTITUTION,** *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

This Court has reviewed the Report and Recommendation (Doc.#24) of Magistrate Judge William H. Baughman, Jr. recommending that Plaintiff's Motion for Appointment of Counsel (Doc.# 22) be denied. Plaintiff has not filed any objections to the Report and Recommendation.

FED. R. CIV.P. 72(b) provides that objections to a Report and Recommendation must be filed within fourteen days after service, but Plaintiff has failed to timely file any such objections. Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Court adopts in full the Report and Recommendation (Doc.# 24)

and denies Plaintiff's Motion for Appointment of Counsel.

       IT IS SO ORDERED.

Dated: 8/16/2016

                                 *S/Christopher A. Boyko*
                                 CHRISTOPHER A. BOYKO
                                 UNITED STATES DISTRICT JUDGE