**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **MANNI MUHAMMAD RAHMAN,** ) | CASE NO. 1:15CV233 |
| ) | |
| **Plaintiffs,** ) | |
| ) | **JUDGE CHRISTOPHER A. BOYKO** |
| vs. ) | |
| ) | |
| ) | |
| **GRAFTON CORRECTIONAL** ) | O R D E R |
| **INSTITUTION, et al.,** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

This Court has reviewed the Report and Recommendation (Doc.#37) of Magistrate Judge Baughman regarding Defendants Holzhauer, Grima, and Pletcher's Motion for Summary Judgment (Doc.#36). This case was referred to Magistrate Judge Baughman for general pretrial supervision. The Magistrate Judge recommends that Defendants' Motion be GRANTED. Plaintiff has not filed any objections to the Report and Recommendation.

FED. R. CIV.P. 72(b) provides that objections to a Report and Recommendation must be filed within fourteen days after service, but Plaintiff failed to timely file any such objections. Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947

(6th Cir.1981).

Therefore, the Court adopts in full the Report and Recommendation (Doc.# 37), grants Defendants' Motion for Summary Judgment and dismisses the Complaint.

IT IS SO ORDERED.

Dated: 1/24/2018

 *S/Christopher A. Boyko*
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE